## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**In Re:**   *DONALD FRANCIS PARIS*                     **Case No.:**   *06-02492-8-JRL*

<u>REPORT OF UNCLAIMED DIVIDEND</u>

  The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

<u>NAME AND LAST KNOWN ADDRESS</u>   <u>AMOUNT OF DIVIDEND</u>

*COASTAL HOSPITALISTS*      $21.27
*3807 PEACHTREE AVE.*
*SUITE 101*
*WILMINGTON, NC 28403-6724*

  2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

  DATED:  <u>December 1, 2010</u>

        <u>/S/ RICHARD M. STEARNS</u>
        RICHARD M. STEARNS
        Chapter 13 Trustee
        Post Office Box 2218
        Kinston, North Carolina 28502
        Phone:  (252) 523-2295